**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 9:26-cv-80051-EA**

**John Doe**,

Plaintiff,

v.

**Sunburn Holdings, LLC,**
**Green Sentry Holdings, LLC**

Defendants.
_______________________________/

**ORDER CLOSING CASE AGAINST SUNBURN HOLDINGS, LLC**

This cause is before the Court on the Plaintiff's Notice of Voluntary Dismissal against Sunburn Holdings, LLC. [ECF No. 13]. Therefore, it is **ORDERED AND ADJUDGED**:

1. This case is **DISMISSED WITHOUT PREJUDICE SOLELY AS TO DEFENDANT SUNBURN HOLDINGS, LLC.**
2. ECF No. 6 is hereby **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 13th day of April, 2026.

_______________________________
ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Sarah Nicole Westcot**
Bursor & Fisher P.A.
701 Brickell Avenue
Suite 1420
Miami, FL 33131
305-330-5512
Email: swestcot@bursor.com

**Stephen Andrew Beck**
Bursor & Fisher P.A.
701 Brickell Ave
Suite 2100

Miami, FL 33131
305-330-5512
Fax: 305-912-2885
Email: sbeck@bursor.com

**Andrew R. Kasner**
McDowell Hetherington LLP
1001 Fannin Street, Suite 2400
Houston, TX 77002
713-337-5580
Fax: 713-337-8850
Email: andrew.kasner@mhllp.com

**Danielle Shure Ploshnick**
McDowell Hetherington LLP
2101 NW Corporate Blvd.
Suite 316
Boca Raton, FL 33431
5614304728
Fax: 5619828985
Email: danielle.ploshnick@mhllp.com

**Thomas F.A. Hetherington**
McDowell Hetherington, LLP
1001 Fannin Street, Suite 2400
Houston, TX 77002
713-337-5580
Email: tom.hetherington@mhllp.com